

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2024

No. 04-24-00310-CV

**IN RE** Pratik **BHAKTA**, Pareshkumar Bhakta, and Stockdale Inn & Suites LLC

Original Mandamus Proceeding[1]

**ORDER**

In accordance with this court's opinion of this date, we CONDITIONALLY GRANT Relators' May 3, 2024 petition for writ of mandamus.

We ORDER the trial court to, within fifteen days of this order, vacate its order of reinstatement and to dismiss the suit for want of prosecution. We are confident the trial court will promptly comply, and our writ will issue only in the event we are informed it does not.

It is so **ORDERED** on August 7, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2020-CI-03022, styled *Sanjiv Chandan v. Pratik Bhakta, Pareshkumar Bhakta, and Stockdale Inn & Suites, LLC*, pending in the 225th Judicial District Court, Bexar County, Texas.